Disposition of Petitions for Discretionary Review Under G.S. 7A-31

5 November 2015

| 040P15-4 | State v. Napoleon Junior Rankin | 1. Def's *Pro Se* Motion for Production and Disclosure | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Appeal of Judgments | 2. Dismissed |
| 084P15-2 | State v. Curtis Louis Sangster | 1. Def's *Pro Se* Motion to Remand | 1. Denied **10/21/2015** |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Denied **10/21/2015** |
| 088P15-2 | Mason W. Hyde v. State | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied **10/09/2015** |
| | | 2. Def's *Pro Se* Motion for Petition for Prohibition | 2. Denied **10/09/2015** |
| | | 3. Def's *Pro Se* Motion for Petition for Writ of Error Coram Nobis | 3. Denied 10/09/2015 |
| | | 4. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 4. Denied **10/09/2015** |
| | | 5. Def's *Pro Se* Motion for Petition for *Certiorari* | 5. Denied **10/09/2015** |
| 093A15 | Town of Boone v. State of North Carolina and County of Watauga | Plt's Motion to Dismiss Appeal | Special Order |
| 093A15 | Town of Boone v. State of North Carolina and County of Watauga | Plt's Motion to Supplement the Record on Appeal | Special Order |
| 093A15 | Town of Boone v. State of North Carolina and County of Watauga | 1. Plt's Motion to Supplement the Record with Final Judgment of Three-Judge Panel | 1. Special Order |
| | | 2. Plt's Motion to Expedite Settlement of Record on Appeal | 2. Special Order |
| | | 3. Plt's Motion to Submit the Case for Oral Argument Under the Summary Judgment Standard | 3. Special Order |
| 099P15-2 | State v. Jonathan Lavon Friend | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 126P15 | Johnny L. Stoutamire v. Daniel Bailey, in his individual and official capacity as Sheriff of Mecklenburg County, and Ohio Casualty Insurance Company | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-322) | Denied |